**Order entered August 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00767-CV

### IN RE GARMIN INTERNATIONAL, INC., Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02833**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen

Based on the Court's opinion of this date, we **DISMISS** this petition for writ of mandamus. We **VACATE** our June 27, 2019 order staying the trial court's June 10, 2019 order.


/s/    BILL PEDERSEN, III
       JUSTICE